**Dismissed and Memorandum Opinion filed October 23, 2014**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00678-CV

**ROLAND THOMAS SENN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF TIFFANY ANN SENN AND AS NEXT FRIEND OF SASHA RAEANN SENN AND KAIA LOUISE SENN, MINORS, Appellant**

**V.**

**BRYAN BLONDER, D.O. AND OAKBEND MEDICAL GROUP, Appellees**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCV-172543**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed May 19, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On September 17, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Donovan.